Riggi Brothers Company, Inc., Respondent, *v.* The Bank of Barcelona, Appellant, Impleaded with Irving National Bank of New York and Francisco Visconti, Defendants.

First Department, April 4, 1919.

See head note in *Riggi Brothers Co., Inc.,* v. *Bank of Barcelona (ante,* p. 213).

Appeal by the defendant, The Bank of Barcelona, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 17th day of October, 1918, continuing an injunction *pendente lite* and restraining the defendant Irving National Bank from paying out certain moneys, the proceeds of a sale of some almonds claimed to be the property of the defendant Francisco Visconti.

*Irving L. Ernst* of counsel [*Olcott, Bonynge, McManus & Ernst,* attorneys], for the appellant.

*John J. O'Connell,* for the respondent.

Smith, J.:

The order should be reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon opinion in *Riggi Brothers Co., Inc.,* v. *Bank of Barcelona* (187 App. Div. 213), decided herewith,

Clarke, P. J., Dowling, Page and Shearn, JJ., concurred.

Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on opinion in *Riggi Brothers Co., Inc.,* v. *Bank of Barcelona* (187 App. Div. 213), handed down herewith.